# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY LANCE,<br><br>      Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC.,<br><br>      Defendant. | Case No. 1:16-cv-00040 RC |

## DEFENDANT GREYHOUND LINES, INC.'S SECOND REPORT ON THE STATUS OF THE SETTLEMENT AGREEMENT

Pursuant to the Court's Order on February 7, 2018, Defendant Greyhound Lines, Inc. ("Greyhound") hereby submits its Second Report on the Status of the Settlement Agreement.

1. On January 9, 2018, after a day-long mediation facilitated by Magistrate Judge Meriweather, the parties reached a settlement. During the mediation, Mr. Lance was represented by court-appointed counsel, Nigel Barrella.

2. That day, Mr. Lance signed a Confidential Settlement Agreement and General Release ("Agreement"). By signing the Agreement, Mr. Lance released his claims against Greyhound and agreed to Stipulate to Dismissal with Prejudice of the lawsuit in exchange for a confidential sum of money.

3. Greyhound's representative, Robyn North, signed the Agreement on January 10, 2018. Greyhound's counsel sent a fully executed copy of the Agreement to Mr. Barrella.

4. The terms of the Agreement allowed Mr. Lance to revoke his acceptance of the Agreement within seven days of signing it (January 16, 2018). To revoke, he needed to send a certified letter expressing his desire to revoke to an address specified in the Agreement.

5. Mr. Lance filed a Joint Stipulation of Dismissal with Prejudice on January 12, 2018. ECF No. 34. Mr. Lance contemporaneously filed a Notice of Appeal.[1] ECF No. 35.

6. To date, Greyhound has not received a certified letter or any communication from Mr. Lance stating that he wanted to revoke his acceptance of the Agreement.

7. The Agreement became effective on January 17, 2018 (the day after the revocation period ended without a revocation).

8. After requesting the Parties file reports on the status of the Agreement (ECF Nos. 38, 39, 40), the Court held a mediation status conference in a closed courtroom on February 7, 2018, in which the Parties stated their positions on the status of the Agreement and Mr. Lance explained his intention with his recent court filings.

9. By the terms of the Agreement, Greyhound has until February 11, 2018 to issue the settlement checks to Mr. Lance. On February 8, 2018, Greyhound sent the settlement checks via the U.S. Postal Service, Priority Express Mail (overnight delivery, signature required), to the address Mr. Lance provided at the mediation. Thus, Greyhound has fulfilled all of its obligations under the Agreement.

10. In light of these facts and Mr. Lance's statements during the February 7, 2018, mediation status conference, it is Greyhound's position that there is a binding Settlement Agreement and a release of claims.

11. Greyhound respectfully requests that the Court approve the Joint Stipulation of Dismissal with Prejudice filed on January 12, 2018, and close the case.

---

[1] On January 22, 2018, the D.C. Circuit ordered Mr. Lance to explain why his appeal of the December 11, 2017 Order should not be dismissed for untimeliness and lack of jurisdiction. He must respond by February 21, 2018. See USCA Case #18-7005, Document #1714084.

Dated:  February 9, 2018

Respectfully submitted,

/s/ Cori K. Garland
S. Libby Henninger (Bar. No. 976352)
Cori K. Garland (Bar No. 1033555)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC  20006-4046
Telephone: 202.842.3400
Facsimile:  202.842.0011
lhenninger@littler.com
cgarland@littler.com

Attorneys for Defendant Greyhound Lines, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2018, the foregoing was filed electronically through the CM/ECF system, and a paper copy of the filing was mailed via first-class, pre-paid U.S. Mail to:

Jimmy Lance
1311 Shepherd St., NE
Washington, DC 20017
*Pro se* Plaintiff

Nigel Barrella
1001 Pennsylvania Ave. NW
Suite 1300 North
Washington, DC 20004
Court-appointed Mediation Counsel for Mr. Lance

/s/ Cori K. Garland
Cori K. Garland

Firmwide:152809577.1 070992.1054